principal is sufficient to warrant a judgment. By a separate defense defendant attempts to set up, also on information and belief, an agreement by the plaintiff or its assignors to extend the time of payment of the mortgage. This allegation, however, is defective and ineffectual because it does not say with whom the agreement was made, or show that if such an agreement was made respondent is entitled to avail himself of it. The order appealed from must, therefore, be reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs, with leave to respondent to amend his answer within twenty days upon payment of all costs of the action. Ingraham, P. J., McLaughlin, Dowling and Hotchkiss, JJ., concurred. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to defendant respondent to serve amended answer upon payment of all costs of the action.

Fred A. Duncan, Respondent, v. Ellen M. Duncan, also Known as Ellen M. Smith, Appellant. — Judgment affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

James S. Herrman, Appellant, v. Francis L. Leland, Respondent.— Order denying motion for reargument affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

William P. McCormick, Respondent, v. Frank J. Tyler, as Sole Executor and Trustee of the Estate of Benjamin Hawker, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to serve amended answer on payment of costs in this court and in the court below on the authority of *Scheibeler* v. *Albee* (114 App. Div. 146). Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Carol Aronovici v. Aaron B. Salant.— Motion to dismiss appeal denied, without costs. Present — Ingraham, P. J., McLaughlin, Clarke and Dowling, JJ.

Morris Slepin v. Maurice Beck.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Elmer F. Alexander and Others v. Trent Tile Company.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

In the Matter of Norbert Heinsheimer.— Motion to dismiss appeal denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Hermann Horenburger v. Albertine E. Ericsson and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Albert Payne v. Bradley Contracting Company.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.